```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01062
    LONNIE L ROBINSON
    MESKIA M ROBINSON                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-1815    SSN XXX-XX-2069


-------------------------------------------------------------------------------
                TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/08/06 and confirmed on 03/31/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   8673.20 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRACKERS FIRST MIDWEST B | UNSECURED | NOT FILED | .00 | .00 |
| JOHN D MIKUZIS MD | UNSECURED | NOT FILED | .00 | .00 |
| ADT | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE TIL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 524.47 | .00 | 524.47 |
| AVON PRODUCTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 877.57 | .00 | 877.57 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | NOT FILED | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| YATIN SHAH | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 412.79 | .00 | 412.79 |
| FRANKLIN MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| RECEIVABLE RECOVERY SYST | UNSECURED | NOT FILED | .00 | .00 |
| INTERPRETATION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST MEDICAL BILLING | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE USA | UNSECURED | 196.11 | .00 | 196.11 |
| HEIGHTS FINANCE | UNSECURED | 1450.15 | .00 | 1450.15 |

```
PARAGON WAY                  UNSECURED            926.79            .00           926.79
PARAGON WAY                  UNSECURED            530.00            .00           530.00
T MOBILE USA                 UNSECURED            201.89            .00              .00
      Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED         OTHER          TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00      5119.77           .00        5119.77
PRINCIPAL PAID          .00          .00      4917.88           .00        4917.88
INTEREST PAID           .00          .00          .00           .00            .00
TOTAL PAID              .00          .00      4917.88           .00        4917.88
```

The Debtor's attorney, JOHN C DENT                     , was allowed $   3000.00
and was paid $    400.00   direct and $   2600.00   through the plan.

The Trustee received $     282.85 .

Refunds to the Debtor totaled $    872.47 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/26/08                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE